◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CUMMINGS, Appellant. [700 NYS2d 909] —Judgment unanimously affirmed (*see, People v Lococo*, 92 NY2d 825). (Appeal from Judgment of Niagara County Court, Fricano, J.— Burglary, 3rd Degree.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.